IN RE: ASHFAQ, CHEEMA          CASE NO: 99-10549

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

126
60-249 / 433

AARON CAILLOUET, Trustee
401 MENARD STREET
THIBODAUX LA 70301

**VOID AFTER 90 DAYS**

Regarding
CHEEMA, ASHFAQ, CHEEMA, HUMAIRA A. (99-10549 B)
92000109215666

TID # 380220

Date 11/19/2010

Stale check -

$ *********963.98

~~~Nine Hundred Sixty-Three Dollars and 98/100

Pay to the Order of
Clerk, U.S. Bankruptcy Court
Hale Boggs Building
500 Poydras Street, Room B-601
New Orleans LA 70130

AARON CAILLOUET, Trustee

⑈"000000126"⑈ ⑆043302493⑆ 92000109215666⑈"

11/22/10
DEPOSITED TO TREASURY
UNCLAIMED 6047BK.
DUE: SEARS

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 227909   - JN
* * C O P Y * *
November 22, 2010
15:36:42

TREASURY REGFUND
99-10549
Debtor.: ASHFAQ A. CHEEMA
Trustee: Aaron Caillouet
Amount.:         $963.98 CH
Check#.: 126

Total ->  $963.98

FROM: CAILLOUET

# AARON CAILLOUET
## BANKRUPTCY TRUSTEE

401 MENARD STREET  
THIBODAUX, LOUISIANA 70301

TELEPHONE: (985) 446-1284  
EMAIL: aarontr@charter.net

November 19, 2010

Clerk, United States Bankruptcy Court  
500 Poydras Street  
Room B-601  
New Orleans, LA 70130

                RE: Unclaimed Funds  
                U.S.B.C. No. 99-10549  
                Cheema, Ashfaq

Enclosed please find check #126 in the amount of $963.98 which represents unclaimed funds in the case of the above referenced debtor according to FRBP 3011.

Attached also please find copies of previous attempts to pay claim #9 to:

    Sears  
    Post Office Box 29  
    Boise ID 83707

                Sincerely,

                Aaron Caillouet, Trustee

AC/sfc

